CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS   13 APR 18  AM 10: 00
LUBBOCK DIVISION

DEPUTY CLERK _____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | No. 5-13CR0029-C |
| v. | § | |
| JAIME AKEEN PRUITT | § § § | |

# INDICTMENT

The Grand Jury Charges:

### Count One
### Convicted Felon in Possession of a Firearm
### (Violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

On or about March 18, 2013, in the Lubbock Division of the Northern District of Texas, and elsewhere, **Jaime Akeen Pruitt**, defendant, a person who had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting commerce a firearm, to wit: a Calwestco, model Jennings J22, .22 caliber pistol, Serial Number 672573.

A violation of Title 18, United States Code, Section 922(g)(1), the penalty for which is found at Title 18, United States Code, Section 924(a)(2).

Jaime Akeen Pruitt
Indictment - Page 1

A TRUE BILL:

_____
FOREPERSON

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

_____
JUSTIN CUNNINGHAM
Assistant United States Attorney
Texas State Bar No. 24045260
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:   806.472.7351
Facsimile:    806.472.7394
justin.cunningham@usdoj.gov

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

THE UNITED STATES OF AMERICA

v.

JAIME AKEEN PRUITT

INDICTMENT

CONVICTED FELON IN POSSESSION OF A FIREARM
Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

(1 COUNT)

A true bill rendered:

Lubbock                                                                                      Foreperson

Filed in open court this _18th_ day of _April_, A.D. 2013.

_____ Clerk

**ARREST WARRANT TO ISSUE**

_____
UNITED STATES DISTRICT JUDGE